**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEDRIC GREENE, Jr., | No. 12-16450 |
| Plaintiff - Appellant, | D.C. No. 1:09-cv-00336-MJS |
| v. | |
| B. SANDERS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Michael J. Seng, Magistrate Judge, Presiding[**]

Submitted December 19, 2012[***]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Former California state prisoner Cedric Greene, Jr., appeals pro se from the

district court's judgment following a jury trial in his 42 U.S.C. § 1983 action

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The parties consented to proceed before a magistrate judge. *See* 28 U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

alleging violations of his Eighth Amendment rights.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion a ruling on a motion to continue, *Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 961 (9th Cir. 2001), and we affirm.

The district court did not abuse its discretion in denying Greene's motion for a continuance because Greene had not demonstrated diligence in his efforts to prepare his defense prior to the date set for trial, a continuance on the day of trial would have seriously inconvenienced the court and defendants, and Greene has failed to establish that he was prejudiced by the denial.  *See United States v. Flynt*, 756 F.2d 1352, 1359 (9th Cir. 1985).

**AFFIRMED.**

12-16450